IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PAVLUCHENKO, a minor, by his parents and natural guardians, CONSTANTINE and OLGA PAVLUCHENKO and CONSTANTINE and OLGA PAVLUCHENKO in their own right | CIVIL DIVISION<br><br>NO. 12-cv-1563-EL |
| vs. | |
| L.A. FITNESS INTERNATIONAL, LLC c/o CT CORPORATION SYSTEM | |

## STIPULATION

It is hereby, STIPULATED and AGREED, by and between counsel listed below that monetary damages in the above case do not exceed $75,000.00 and that future monetary recovery shall be capped at $75,000.00. Additionally, the parties agree to remanding this matter back to Philadelphia Court of Common Pleas for resolution.

AMY SOKOLSON, ESQUIRE
Hoffman, Michels & Sternberg, LLC
737 Second Street Pike
Southampton, PA 18966
(215) 953-8955
Attorney for Plaintiffs

JOHN F. KENNEDY, ESQUIRE
Bodell, Bove, Grace & Van Horn
30 South 15th Street – 6th Floor
Philadelphia, PA 19102
(215) 864-6600
Attorney for Defendant