Case 2:12-cv-01563-EL   Document 6   Filed 04/19/12   Page 1 of 1
04/19/2012  15:21  2159545510  BODELL BOVE  PAGE  03/03
Case 2:12-cv-01563-EL   Document 5   Filed 04/17/12   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PAVLUCHENKO, a minor, by his parents and natural guardians, CONSTANTINE and OLGA PAVLUCHENKO and CONSTANTINE and OLGA PAVLUCHENKO in their own right<br><br>vs.<br><br>L.A. FITNESS INTERNATIONAL, LLC c/o CT CORPORATION SYSTEM | CIVIL DIVISION<br><br>NO. 12-cv-1563-EL |

**FILED**
APR 19 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### STIPULATION

It is hereby, STIPULATED and AGREED, by and between counsel listed below that monetary damages in the above case do not exceed $75,000.00 and that future monetary recovery shall be capped at $75,000.00. Additionally, the parties agree to remanding this matter back to Philadelphia Court of Common Pleas for resolution.

_____
AMY SOKOLSON, ESQUIRE
Hoffman, Michels & Sternberg, LLC
737 Second Street Pike
Southampton, PA 18966
(215) 953-8955
Attorney for Plaintiffs

_____
JOHN F. KENNEDY, ESQUIRE
Bodell, Bove, Grace & Van Horn
30 South 15th Street – 6th Floor
Philadelphia, PA 19102
(215) 864-6600
Attorney for Defendant

4/19/12 mal:
Sokolson

Approved:
_____
4/19/2012          J.